IN RE ESTATE OF LOUIS BOURK.
CONDIT & COMPANY ET AL., APPELLEES, V. L. J. ROCHFORD,
ADMINISTRATOR, APPELLANT.

FILED JANUARY 8, 1930. No. 26952.

*J. H. Barry* and *J. M. Galloway*, for appellant.

*Hendricks & Kokjer, contra.*

Heard before ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ., and FOSTER, District Judge.

PER CURIAM.

This is an appeal by L. J. Rochford from an order of the district court for Saunders county directing him, as administrator with the will annexed, of the estate of Louis Bourk, deceased, to pay a balance claimed to be due creditors.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.